**No. 09-9581. Edres Montgomery, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2122, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3227.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 358 Fed. Appx. 622.

**No. 09-9582. Corey Mims, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2122, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3201.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 88.

**No. 09-9583. Richard Allen Allen, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2122, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3234.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9586. Christopher L. Jeburk, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3262.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9588. Dwight Jerome Latham, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3175.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 358 Fed. Appx. 661.

**No. 09-9589. Paul Richard Butts, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3119.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 850.

**No. 09-9590. Fabian Bernal-Benitez, Petitioner v. United States.**

559 U.S. 1080, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3133.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 594 F.3d 1303.

**No. 09-9591. Marcelino Ramos-Lopez, Petitioner v. United States.**

559 U.S. 1081, 130 S. Ct. 2123, 176 L. Ed. 2d 746, 2010 U.S. LEXIS 3261.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 349 Fed. Appx. 166.